UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HUGO HARMATZ,

      Plaintiff,

  v.

COUNTY OF CHARLOTTE, FLORIDA, COUNTY OF CHARLOTTE ANIMAL CONTROL, BRIAN JONES, INDIVIDUALLY AND AS DIVISION MANAGER OF COUNTY OF CHARLOTTE ANIMAL CONTROL; OFFICER BRYNN ACKERMAN, INDIVIDUALLY AND AS CHARLOTTE COUNTY ANIMAL CONTROL OFFICER; CHARLOTTE COUNTY ATTORNEY'S OFFICE, ESQUIRE GLINDA R. PRUITT, INDIVIDUALLY AND AS ASSISTANT CHARLOTTE COUNTY ATTORNEY; ESQUIRE JANETTE S. KNOWLTON, AS CHARLOTTE COUNTY ATTORNEY; ENGLEWOOD ANIMAL HEALTH CENTER, SOUTHERN VETERINARY PARTNERS, AS OWNERS OF ENGLEWOOD ANIMAL HOSPITAL AND CHARLOTTE ANIMAL HOSPITAL; DVM MICHAEL HERRINGTON, INDIVIDUALLY AND AS A VETERINARIAN AT ENGLEWOOD ANIMAL

Case No. 2:25-cv-342-SPC-KCD

HOSPITAL; CHARLOTTE ANIMAL HOSPITAL, DVM BRIANNA CARLO, INDIVIDUALLY AND AS A VETERINARIAN AT ENGLEWOOD ANIMAL HOSPITAL; JANE AND JOHN DOES, 1-25, ABC BUSINESS ENTITIES, 1-20,

        Defendants,

_____/

## ORDER

Plaintiff Hugo Harmatz moves for more time to serve several defendants under Fed. R. Civ. P. 4(m). (Doc. 40.) It is unknown if the motion is opposed, but the Court independently finds good cause for the relief sought. Plaintiff's motion is thus **GRANTED**, and the deadline to perfect service on the remaining defendants is **extended by sixty days**.

One last issue. Plaintiff is advised that all future motions must comply with Local Rule 3.01(g), which requires a certificate that the movant has conferred with opposing counsel.

**ORDERED** in Fort Myers, Florida on September 3, 2025.

Kyle C. Dudek
United States Magistrate Judge

2